## BILL SIMMONS v. STATE OF FLORIDA

14 So. (2nd) 411                                    June Term, 1943
July 2, 1943                                         Division A
Rehearing Denied July 23, 1943

*John M. Coe,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

Appellant having been convicted of the offense of entering, without breaking, with intent to commit grand larceny, brings this cause before us on appeal.

The record has been considered in the light of briefs filed and no reversible error is made to appear.

Judgment is affirmed.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.